UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHANITA ANN SMITH,                                                                                      Plaintiff,

v.                                                                                  Civil Action No. 3:23-cv-330-DJH-CHL

CARESOURCE CORP. and MELINDA
COX,                                                                                                    Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 42) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket. Plaintiff's motion to reopen the case (D.N. 41) is **DENIED** as moot.

March 20, 2025

David J. Hale, Judge
United States District Court

1